RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org
Attorney for Rebecca Rosas

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-cr-00257-APG-PAL-2 |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (First Request) |
| REBECCA ROSAS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Daniel Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Rebecca Rosas, that the Revocation Hearing currently scheduled on January 16, 2019 at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. The parties seek to continue the revocation hearing for 60-days to allow Ms. Rosas to complete Phase II of the program so that her success may inform the judgment of the Court.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 8th day of January, 2019.

| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
|---|---|
| */s/ Nisha Brooks-Whittington*<br>By_____<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | */s/ Daniel Cowhig*<br>By_____<br>DANIEL COWHIG<br>Assistant United States Attorney |

|     |     |     |
| --- | --- | --- |
| 1   | **UNITED STATES DISTRICT COURT** | |
| 2   | **DISTRICT OF NEVADA** | |

| | |
| --- | --- |
| UNITED STATES OF AMERICA, | Case No. 2:13-cr-00257-APG-PAL-2 |
| Plaintiff, | **ORDER** |
| v. | |
| REBECCA ROSAS, | |
| Defendant. | |

IT IS ORDERED that the revocation hearing currently scheduled for Wednesday, January 16, 2019 at 10:00 a.m., be vacated and continued to March 19, 2019 at the hour of 10:00 a.m. in Courtroom 6C.

DATED this 9th day of January, 2019.

_____
UNITED STATES DISTRICT JUDGE

3