NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
DANIEL J. COWHIG
Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101-6514
(702) 388-6336 / Fax: (702) 388-6020
daniel.cowhig@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-cr-257-APG-PAL-2 |
| Plaintiff, | |
| | STIPULATION TO VACATE HEARING FOR REVOCATION OF SUPERVISED RELEASE [ECF 312] AND TO DISMISS PETITION FOR WARRANT FOR OFFENDER UNDER SUPERVISION [ECF 304] |
| vs. | |
| REBECCA ROSAS,   a.k.a. India, | |
| Defendant 2. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for offender Rebecca Rosas, that the Revocation Hearing scheduled for Tuesday, March 19, 2019 at 10:00 a.m., should be vacated.

IT IS FURTHER STIPULATED AND AGREED that the Petition for Warrant for Offender Under Supervision at ECF 304 should be dismissed without prejudice.

This Stipulation is entered into for the following reasons:

1.      On June 21, 2018, this Honorable Court revoked offender Rosas' prior term of supervision, imposing a brief term of custody followed by a new term of supervised release. ECF 289; ECF 291.  The Court ordered that offender Rosas participate in the Chemical Abuse Recovery Effort (CARE) program as a condition of supervised release.  ECF 291 at 5.

2.      Offender Rosas completed that term of custody, began the current term of supervised release and entered the CARE Program.  Around the New Year, the United States Probation Office (USPO) for the District of Nevada filed a Petition for Warrant for Offender Under Supervision alleging that offender Rosas had tested positive for a controlled substance in violation of the terms of her supervised release and the CARE program.  ECF 304.  The Court issued an arrest warrant.  ECF 305.  Offender Rosas was arrested, appeared before a magistrate and was detained for a period of 7 days consistent with the rules and regulations of the CARE Program.  ECF 307; ECF 308; 18 USC § 3563(b)(10).

2.      After 7 days' detention, offender Rosas returned to the CARE Program.  *See* ECF 309.  To afford offender Rosas time to complete the CARE Program, the USPO, offender Rosas and the U.S. Attorney's Office (USAO) requested the Court continue the Revocation Hearing, then set for January 16, 2019.  *Id.*  The Court granted the parties' request, rescheduling the Revocation Hearing for March 19, 2019.  ECF 312.

3.      Offender Rosas has since successfully completed the CARE program.  *See* ECF 313.  In view of her success in the CARE program, the USPO, offender Rosas and the USAO now ask the Court to vacate the Revocation Hearing scheduled for Tuesday, March 19, 2019 at

10:00 a.m. and dismiss the Petition for Warrant for Offender Under Supervision at ECF 304 without prejudice.

Relief Requested

For the reasons stated above, the parties request the Court to vacate the Revocation Hearing scheduled for Tuesday, March 19, 2019 at 10:00 a.m. and dismiss the Petition for Warrant for Offender Under Supervision at ECF 304 without prejudice. A proposed order is attached.

Dated: March 14, 2019

Counsel for REBECCA ROSAS

NICHOLAS A. TRUTANICH
United States Attorney


_____//s//_____
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender

_____//s//_____
DANIEL J. COWHIG
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>REBECCA ROSAS,<br>     a.k.a. India,<br><br>            Defendant 2. | Case No. 2:13-cr-257-APG-PAL-2<br><br>ORDER VACATING THE HEARING FOR REVOCATION OF SUPERVISED RELEASE [ECF 312] AND DISMISSING THE PETITION FOR WARRANT FOR OFFENDER UNDER SUPERVISION [ECF 304] |

## ORDER

IT IS HEREBY ORDERED, based upon the stipulation of the parties and the record in this case and for good cause shown, that the Revocation Hearing scheduled by the Order at ECF 312 for Tuesday, March 19, 2019 at 10:00 a.m. is vacated.

IT IS FURTHER ORDERED that the Petition for Warrant for Offender Under Supervision at ECF 304 is dismissed without prejudice.

IT IS SO ORDERED this March __15__, 2019:

_____
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I, Daniel J. Cowhig, certify that the following individual was served with a copy of the

STIPULATION TO VACATE HEARING FOR REVOCATION OF SUPERVISED

RELEASE [ECF 312] AND TO DISMISS PETITION FOR WARRANT FOR OFFENDER

UNDER SUPERVISION [ECF 304] on this date by Electronic Case File system:

      Nisha Brooks-Whittington
      Assistant Federal Public Defender
      Office of the Federal Public Defender
      411 E. Bonneville Ave., Suite 250
      Las Vegas, NV 89101
      702-388-6577
      Email: Nisha_Brooks-Whittington@fd.org
      Counsel for Rebecca Rosas

DATED:  March 14, 2019


                                   //s//
                            DANIEL J. COWHIG
                            Assistant United States Attorney